IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Luis Alfredo Cáceres and Luis Angel Cáceres, Individually, as executor of the Estate of Alfredo Cáceres, and as trustee of the Luis Angel Cáceres Charitable Remainder Unitrust,<br><br>Plaintiffs,<br><br>vs.<br><br>Sidley Austin LLP,<br><br>Defendant. | Case No. 1:23-CV-00844-SDG |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendant Sidley Austin LLP ("Sidley") hereby moves the Court to dismiss Plaintiffs Luis Alfredo Cáceres and Luis Angel Cáceres' Complaint (Dkt. No. 1) pursuant to Federal Rules of Civil Procedure 12(b)(6). As set forth in the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiffs' Complaint, Plaintiffs' breach of contract, professional negligence, and negligent misrepresentation claims are untimely and barred by their respective statutes of limitations, and Plaintiffs' common-law indemnification claim fails as a matter of law.

For these reasons, Sidley respectfully requests that the Court dismiss Plaintiffs' Complaint in its entirety with prejudice.

Respectfully submitted this 13th day of March, 2023.

DATED: March 13, 2023　　　　CAPLAN COBB LLC

　　　　　　　　　　　　　　　By:　　*/s/ Michael A. Caplan*

　　　　　　　　　　　　　　　MICHAEL A. CAPLAN (GA Bar No. 601039)
　　　　　　　　　　　　　　　mcaplan@caplancobb.com
　　　　　　　　　　　　　　　JARRED A. KLORFEIN (GA Bar No. 562965)
　　　　　　　　　　　　　　　jklorfein@caplancobb.com
　　　　　　　　　　　　　　　CAPLAN COBB LLC
　　　　　　　　　　　　　　　75 Fourteenth Street, N.E.
　　　　　　　　　　　　　　　Suite 2700
　　　　　　　　　　　　　　　Atlanta, Georgia 30309
　　　　　　　　　　　　　　　Telephone:　(404) 596-5600
　　　　　　　　　　　　　　　Facsimile:　(404) 596-5604

DATED: March 13, 2023　　　　MUNGER, TOLLES & OLSON LLP

　　　　　　　　　　　　　　　By:　　*/s/ Brad D. Brian*
　　　　　　　　　　　　　　　BRAD D. BRIAN (*pro hac vice*)
　　　　　　　　　　　　　　　brad.brian@mto.com
　　　　　　　　　　　　　　　JOHN B. MAJOR (*pro hac vice*)
　　　　　　　　　　　　　　　john.major@mto.com
　　　　　　　　　　　　　　　MUNGER, TOLLES & OLSON LLP
　　　　　　　　　　　　　　　350 South Grand Avenue
　　　　　　　　　　　　　　　Fiftieth Floor
　　　　　　　　　　　　　　　Los Angeles, California 90071-3426
　　　　　　　　　　　　　　　Telephone:　(213) 683-9100
　　　　　　　　　　　　　　　Facsimile:　(213) 687-3702

XIAONAN APRIL HU (*pro hac vice*)
April.Hu@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW.
Suite 500E
Washington, D.C. 20001-5369
Telephone:  (202) 220-1100
Facsimile:   (202) 220-2300

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2023, I electronically filed the foregoing document through the Court's CM/ECF system, which will automatically send electronic notification of such filing to all counsel of record.

This 13th day of March, 2023.

                                                */s/ Michael A. Caplan*
                                                MICHAEL A. CAPLAN
                                                GA Bar No. 601039
                                                mcaplan@caplancobb.com

                                                *Attorney for Defendant*