# EXHIBIT B

TO ORDER COPIES OF ANY DOCUMENTS LISTED
BELOW, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**This docket is current through 03/08/2023**

Today's Date: 3/9/2023
Source: U.S. District Court, Northern District of Georgia (Atlanta)

| | |
|---|---|
| **Court:** | U.S. District Court, Northern District of Georgia (Atlanta) |
| **Case Title:** | United States of America v. Henco Holding Corp. et al |
| **Case:** | 1:18-CV-03093 |
| **Judge:** | Judge Charles A. Pannell, Jr |
| **Date Filed:** | 06/27/2018 |
| **Other Dockets:** | Case in other court: USCA-11th Circuit, 19-12758-DD |
| **Case Status:** | 12months, REOPEN, STAY, SUBMDJ |

### CASE INFORMATION

| | |
|---|---|
| **Case Number:** | 1:18CV03093 |
| **Jury Demand:** | None |
| **Nature of Suit:** | Federal Tax Suits: Taxes (US Plaintiff or Defendant) (870) |
| **Key Nature of Suit:** | Tax; Federal; Taxes (US Plaintiff or Defendant) (425.35.10) |
| **Jurisdiction:** | U.S. Government Plaintiff |
| **Cause:** | 26 USC 7402 IRS: Petition to Enforce IRS Summons |

### PARTICIPANT INFORMATION

#### United States of America

| | |
|---|---|
| **Type:** | Plaintiff |
| **Attorney:** | Neeli Ben-David |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Office of the United States Attorney-ATL600 Northern District of Georgia |
| **Attorney Address:** | 600 United States Courthouse |
| | 75 Ted Turner Dr., S.W. |
| | Atlanta, GA 30303 |
| **Attorney Phone:** | 404-581-6303 |
| **Email Address:** | neeli.ben-david@usdoj.gov |
| **Attorney:** | Robert Silverblatt |
| **Status:** | LEAD ATTORNEY |
| **Attorney Terminated:** | TERMINATED: 07/26/2021 |
| **Firm Name:** | United States Department of Justice |
| **Attorney Address:** | Trial Attorney, Tax Division |
| | P.O. Box 14198 |
| | Washington, DC 20044 |
| **Attorney Phone:** | 202-514-8682 |
| **Email Address:** | Robert.S.Silverblatt@usdoj.gov |
| **Attorney:** | Thomas K. Vanaskie |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Attorney Address:** | United States Department of Justice, Tax Division |
| | P.O. Box 14198 |
| | Washington, DC 20044 |
| **Attorney Phone:** | 202-305-7921 |

| | |
|---|---|
| **Email Address:** | thomas.k.vanaskie@usdoj.gov |
| **Attorney:** | Elizabeth N. Duncan |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Office of the United States Attorney |
| **Attorney Address:** | PO Box 14198 |
| | Washington, DC 20044 |
| **Attorney Phone:** | 202-514-6546 |
| **Email Address:** | Elizabeth.N.Duncan@usdoj.gov |

## Henco Holding Corp.

| | |
|---|---|
| **Type:** | Defendant |

## Alfredo Caceres

| | |
|---|---|
| **Type:** | Defendant |
| **Attorney:** | Anthony Joseph Rollins |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Smith, Gambrell & Russell, LLP |
| **Attorney Address:** | 1105 W. Peachtree Street N. W. |
| | Suite 1000 |
| | Atlanta, GA 30309 |
| **Attorney Phone:** | 404-815-3927 |
| **Email Address:** | ajrollins@sgrlaw.com |
| **Attorney:** | Jason S. Bell |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Smith, Gambrell & Russell, LLC |
| **Attorney Address:** | 1105 W. Peachtree Street NE |
| | Suite 1000 |
| | Atlanta, GA 30309 |
| **Attorney Phone:** | 404-815-3619 |
| **Email Address:** | jbell@sgrlaw.com |
| **Attorney:** | John Phillip Tyler |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Smith Gambrell & Russell, LLP - GA |
| **Attorney Address:** | Suite 3100, Promenade |
| | 1230 Peachtree St., N.E. |
| | Atlanta, GA 30309-3592 |
| **Attorney Phone:** | 404-815-3928 |
| **Attorney Fax:** | 404-261-6779 |
| **Email Address:** | jtyler@sgrlaw.com |

## Luis Alfredo Caceres

| | |
|---|---|
| **Type:** | Defendant |
| **Attorney:** | Anthony Joseph Rollins |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Smith, Gambrell & Russell, LLP |
| **Attorney Address:** | 1105 W. Peachtree Street N. W. |
| | Suite 1000 |
| | Atlanta, GA 30309 |

| | |
|---|---|
| **Attorney Phone:** | 404-815-3927 |
| **Email Address:** | ajrollins@sgrlaw.com |
| **Attorney:** | Juan C. Ramos |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Attorney Address:** | McConnell Valdes-FL |
| | Suite 1650 |
| | 1 SE 3rd Ave |
| | Miami, FL 33131 |
| **Attorney Phone:** | 305-677-6626 |
| **Email Address:** | jcrr@mcvpr.com |
| **Attorney:** | Maria A. Dominguez |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Attorney Address:** | McConnell Valdes-FL |
| | Suite 1650 |
| | 1 SE 3rd Ave |
| | Miami, FL 33131 |
| **Attorney Phone:** | 305-677-6626 |
| **Email Address:** | madt@mcvpr.com |
| **Attorney:** | Jason S. Bell |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Smith, Gambrell & Russell, LLC |
| **Attorney Address:** | 1105 W. Peachtree Street NE |
| | Suite 1000 |
| | Atlanta, GA 30309 |
| **Attorney Phone:** | 404-815-3619 |
| **Email Address:** | jbell@sgrlaw.com |

## Luis Angel Caceres

| | |
|---|---|
| **Party Description:** | individually and as beneficiary of the Luis Angel Caceres Charitable Remainder Unitrust |
| **Type:** | Defendant |
| **Attorney:** | Anthony Joseph Rollins |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Smith, Gambrell & Russell, LLP |
| **Attorney Address:** | 1105 W. Peachtree Street N. W. |
| | Suite 1000 |
| | Atlanta, GA 30309 |
| **Attorney Phone:** | 404-815-3927 |
| **Email Address:** | ajrollins@sgrlaw.com |
| **Attorney:** | Jason S. Bell |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Smith, Gambrell & Russell, LLC |
| **Attorney Address:** | 1105 W. Peachtree Street NE |
| | Suite 1000 |
| | Atlanta, GA 30309 |
| **Attorney Phone:** | 404-815-3619 |
| **Email Address:** | jbell@sgrlaw.com |
| **Attorney:** | John Phillip Tyler |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Smith Gambrell & Russell, LLP - GA |
| **Attorney Address:** | Suite 3100, Promenade |
| | 1230 Peachtree St., N.E. |
| | Atlanta, GA 30309-3592 |
| **Attorney Phone:** | 404-815-3928 |
| **Attorney Fax:** | 404-261-6779 |
| **Email Address:** | jtyler@sgrlaw.com |

## Luis Angel Caceres Charitable Remainder Unitrust

| | |
|---|---|
| **Type:** | Defendant |
| **Attorney:** | Anthony Joseph Rollins |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Smith, Gambrell & Russell, LLP |
| **Attorney Address:** | 1105 W. Peachtree Street N. W. |
| | Suite 1000 |
| | Atlanta, GA 30309 |
| **Attorney Phone:** | 404-815-3927 |
| **Email Address:** | ajrollins@sgrlaw.com |
| **Attorney:** | Jason S. Bell |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Smith, Gambrell & Russell, LLC |
| **Attorney Address:** | 1105 W. Peachtree Street NE |
| | Suite 1000 |
| | Atlanta, GA 30309 |
| **Attorney Phone:** | 404-815-3619 |
| **Email Address:** | jbell@sgrlaw.com |
| **Attorney:** | John Phillip Tyler |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Smith Gambrell & Russell, LLP - GA |
| **Attorney Address:** | Suite 3100, Promenade |
| | 1230 Peachtree St., N.E. |
| | Atlanta, GA 30309-3592 |
| **Attorney Phone:** | 404-815-3928 |
| **Attorney Fax:** | 404-261-6779 |
| **Email Address:** | jtyler@sgrlaw.com |

### DOCKET PROCEEDINGS (91)

| Entry #: | Date: | Description: | | |
|---|---|---|---|---|
| 73 | 03/07/2023 | ORDER STAYING CASE for 90 days. It is further ORDERED that upon expiration of the stay the parties shall jointly notify the Court whether the stay should be extended or expire. If the parties notify the Court that the stay should expire, the parties are ORDERED to submit a proposed scheduling order within fourteen days after filing a notice with the Court. Signed by Judge Charles A. Pannell, Jr. on 03/06/2023. (rsg) (Entered: 03/07/2023) | View | Add to request |
| 72 | 03/06/2023 | NOTICE by United States of America re 71 Order Staying Case, additional 90-day stay (Attachments: # 1 Text of Proposed Order)(Duncan, Elizabeth) (Entered: 03/06/2023) | View | Add to request |
| | 03/06/2023 | Submission of 71 Order Staying Case to District Judge Charles | Send Runner to Court | |

| | | | | |
|---|---|---|---|---|
| | | A. Pannell Jr. (bnw) (Entered: 03/06/2023) | | |
| 71 | 12/05/2022 | ORDER STAYING CASE. It is further ORDERED that upon expiration of the stay the parties shall jointly notify the Court whether the stay should be extended or expire. If the parties notify the Court that the stay should expire, the parties are ORDERED to submit a proposed scheduling order within fourteen days after filing a notice with the Court. Signed by Judge Charles A. Pannell, Jr. on 12/05/2022. (jkb) (Entered: 12/05/2022) | View | Add to request |
| 70 | 12/01/2022 | NOTICE by United States of America re 69 Order Staying Case,, Set Submission Deadline, (Attachments: # 1 Text of Proposed Order)(Duncan, Elizabeth) (Entered: 12/01/2022) | View | Add to request |
| 69 | 09/02/2022 | ORDER: It is hereby ORDERED that this matter is stayed for 90 days. It is further ORDERED that upon expiration of the stay the parties shall jointly notify the Court whether the stay should be extended or expire. If the parties notify the Court that the stay should expire, the parties are ORDERED to submit a proposed scheduling order within fourteen days after filing a notice with the Court. Signed by Judge Charles A. Pannell, Jr. on 9/2/22. (ceo) (Entered: 09/02/2022) | View | Add to request |
| 68 | 09/01/2022 | SEVENTH JOINT NOTICE by United States of America re 67 Order Staying Case; MOTION to Stay (Attachments: # 1 Text of Proposed Order)(Duncan, Elizabeth) Modified on 9/19/2022 for the notification to be terminated (pdt). (Entered: 09/01/2022) | View | Add to request |
| 67 | 05/04/2022 | ORDER STAYING CASE for 120 days. It is further ORDERED that upon expiration of the stay the parties shall jointly notify the Court whether the stay should be extended or expire. If the parties notify the Court that the stay should expire, the parties are ORDERED to submit a | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | proposed scheduling order within fourteen days after filing a notice with the Court. Signed by Judge Charles A. Pannell, Jr. on 5/4/2022. (abm) (Entered: 05/04/2022) | | |
| | 05/04/2022 | Submission of 64 Order Staying Case, 66 Notice, to District Judge Charles A. Pannell Jr.. (tcc) (Entered: 05/04/2022) | Send Runner to Court | |
| 66 | 05/03/2022 | NOTICE by United States of America (Attachments: # 1 Text of Proposed Order)(Duncan, Elizabeth) (Entered: 05/03/2022) | View | Add to request |
| 65 | 04/27/2022 | SUGGESTION OF DEATH Upon the Record as to Alfredo Caceres by Luis Angel Caceres, Luis Alfredo Caceres. (Bell, Jason) (Entered: 04/27/2022) | View | Add to request |
| 64 | 02/02/2022 | ORDER STAYING CASE for 90 DAYS. Upon expiration of the stay, the parties shall jointly notify the Court whether the stay should be extended or expire. If the stay should expire, the parties shall submit a proposed scheduling order within 14 days of submitting the notice. Signed by Judge Charles A. Pannell, Jr. on 2/2/2022. (sap) (Entered: 02/02/2022) | View | Add to request |
| 63 | 02/01/2022 | Fifth Joint NOTICE by United States of America, Alfredo Caceres, Luis Alfredo Caceres, Luis Angel Caceres, and the Luis Angel Caceres Charitable Remainder Unitrust ( re 62 Order Staying Case, Set Submission Deadline, (Attachments: # 1 Text of Proposed Order)(Vanaskie, Thomas) Modified on 2/2/2022 to edit text(jra). (Entered: 02/01/2022) | View | Add to request |
| | 02/01/2022 | Submission of 62 Order Staying Case, to District Judge Charles A. Pannell Jr.. (tcc) (Entered: 02/01/2022) | Send Runner to Court | |
| 62 | 11/01/2021 | ORDER STAYING CASE for 90 DAYS. Upon expiration of the stay, the parties shall jointly notify the Court whether the stay should be extended or expire. If the stay should expire, the parties shall submit a proposed scheduling order within 14 days of submitting the notice Signed by Judge Charles A. Pannell, Jr. | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | on 11/1/2021. (adg) (Entered: 11/01/2021) | | |
| 61 | 10/25/2021 | NOTICE by United States of America re 60 Order Staying Case,, Set Submission Deadline, (Attachments: # 1 Text of Proposed Order)(Vanaskie, Thomas) (Entered: 10/25/2021) | View | Add to request |
| 60 | 09/10/2021 | ORDER STAYING CASE for 45 days. It is further ORDERED that upon expiration of the stay the parties shall jointly notify the Court whether the stay should be extended or expire. If the parties notify the Court that the stay should expire, the parties are ORDERED to submit a proposed scheduling order within fourteen days after filing a notice with the Court. Signed by Judge Charles A. Pannell, Jr. on 9/10/2021. (tcc) (Entered: 09/13/2021) | View | Add to request |
| 59 | 09/09/2021 | NOTICE by United States of America re 57 Order Staying Case, additional 45-day stay (Attachments: # 1 Text of Proposed Order)(Duncan, Elizabeth) (Entered: 09/09/2021) | View | Add to request |
| | 09/08/2021 | Submission of 57 Order Staying Case, to District Judge Charles A. Pannell Jr.. (tcc) (Entered: 09/08/2021) | Send Runner to Court | |
| 58 | 07/26/2021 | Certification of Consent to Substitution of Counsel. Elizabeth N. Duncan replacing attorney Robert Silverblatt. (Duncan, Elizabeth) (Entered: 07/26/2021) | View | Add to request |
| 57 | 07/21/2021 | ORDER STAYING CASE for 45 days. Upon expiration of the stay the parties shall jointly notify the Court whether the stay should be extended or expire. If the parties notify the Court that the stay should expire, the parties are ORDERED to submit a proposed scheduling order within fourteen days after filing a notice with the Court. Signed by Judge Charles A. Pannell, Jr. on 07/21/2021. (rvb) (Entered: 07/21/2021) | View | Add to request |
| 56 | 07/19/2021 | NOTICE re 54 Order, as to how the parties wish to proceed by United States of America . (Attachments: # 1 Text of | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 55 | 04/19/2021 | Proposed Order)(Duncan, Elizabeth) (Entered: 07/19/2021) ANSWER to 1 COMPLAINT by Alfredo Caceres, Luis Angel Caceres, Luis Alfredo Caceres, Luis Angel Caceres Charitable Remainder Unitrust. Discovery ends on 9/16/2021.(Bell, Jason) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 04/19/2021) | View | Add to request |
| 54 | 04/13/2021 | ORDER - This matter comes before the court on the parties' joint notice informing the court how they wish to proceed in this matter [Doc. No. 53 ]. Given the complexities of this case, the court finds that the parties' proposal is appropriate. Accordingly, it is hereby ORDERED: (1) that the Caceres defendants shall have up to and including April 19, 2021 to file an answer to the plaintiff's complaint; (2) that on April 20, 2021, the court will impose a 90 day stay in this matter for the parties to pursue settlement; and (3) that upon expiration of the stay, the parties shall jointly notify the court whether the stay should be extended or expire. If the parties notify the court that the stay should expire, the parties are ORDERED to submit a proposed scheduling order in conjunction with their notice to the court. Signed by Judge Charles A. Pannell, Jr. on 4/13/2021. (tcc) (Entered: 04/13/2021) | View | Add to request |
| 53 | 04/12/2021 | NOTICE by United States of America re 50 USCA Mandate, as to how the parties wish to proceed in this matter (Attachments: # 1 Text of Proposed Order)(Vanaskie, Thomas) (Entered: 04/12/2021) | View | Add to request |
| 52 | 04/01/2021 | CONSENT ORDER GRANTING 51 Motion for Extension of Time to Answer re 1 Complaint. The Caceres Defendants shall have until April 19, 2021 to answer Plaintiff's Complaint. Signed by Judge Charles A. Pannell, Jr. on 4/1/2021. (tcc) (Entered: 04/01/2021) | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 51 | 03/31/2021 | Consent MOTION for Extension of Time to File Answer to Plaintiff's Complaint by Alfredo Caceres, Luis Angel Caceres, Luis Alfredo Caceres, Luis Angel Caceres Charitable Remainder Unitrust. (Attachments: # 1 Text of Proposed Order)(Bell, Jason) (Entered: 03/31/2021) | View | Add to request |
| 50 | 03/22/2021 | ORDER making the USCA mandate the judgment of this Court re 43 Notice of Appeal, Case Appealed to USCA-11th Circuit Case Number 19-12758-DD. The court ORDERS the parties to confer and file a joint notice within 21 days of this order indicating how they want to proceed in this matter. Signed by Judge Charles A. Pannell, Jr. on 3/19/2021. (tmf) (Entered: 03/22/2021) | View | Add to request |
| | 03/17/2021 | Submission of 48 USCA Judgment, 49 Proposed Mandate Order, to District Judge Charles A. Pannell Jr.. (tcc) (Entered: 03/17/2021) | Send Runner to Court | |
| 49 | 03/16/2021 | PROPOSED MANDATE ORDER. (tcc) (Entered: 03/17/2021) | View | Add to request |
| 48 | 03/16/2021 | Certified copy of JUDGMENT of USCA REVERSING and REMANDING to the District Court for further action re: 43 Notice of Appeal filed by United States of America, Case Appealed to 11th USCA Case Number 19-12758-DD. (tcc) (Entered: 03/17/2021) | View | Add to request |
| 47 | 01/19/2021 | USCA Opinion received REVERSED AND REMANDED re: 43 Notice of Appeal filed by United States of America. In accordance with FRAP 41(b), the USCA mandate will issue at a later date. Case Appealed to USCA - 11th Circuit. USCA Case Number 19-12758-DD. (kac) (Entered: 01/19/2021) | View | Add to request |
| | 09/11/2019 | Pursuant to F.R.A.P.11(c), the Clerk certifies that the record is complete for purposes of this appeal re: 43 Notice of Appeal. Case Appealed to USCA - 11th Circuit. USCA Case Number 19-12758-DD. The entire record on appeal is | Send Runner to Court | |

| | | | | |
|---|---|---|---|---|
| | 07/26/2019 | available electronically. (kac) (Entered: 09/11/2019) Notification of Docket Correction re: FRAP 11 certification due date deadline. (kac) (Entered: 07/26/2019) | Send Runner to Court | |
| 46 | 07/24/2019 | TRANSCRIPT ORDER FORM re 43 Notice of Appeal,. (Vanaskie, Thomas) (Entered: 07/24/2019) | View | Add to request |
| | 07/24/2019 | Set FRAP 11 due date deadline re: 46 Transcript Order Form. Fed.R.App.P. 11 Certification due on 8/7/2019. (No hearing.) (kac) Modified on 7/26/2019 (kac). (Entered: 07/26/2019) | Send Runner to Court | |
| 45 | 07/23/2019 | USCA Acknowledgment of 43 Notice of Appeal filed by United States of America. Case Appealed to USCA - 11th Circuit. USCA Case Number 19-12758-DD. (kac) (Entered: 07/23/2019) | View | Add to request |
| 44 | 07/22/2019 | USCA Appeal Transmission Letter to 11th Circuit re: 43 Notice of Appeal filed by United States of America. (kac) (Entered: 07/22/2019) | View | Add to request |
| | 07/22/2019 | Transmission of Certified Copy of Notice of Appeal, Default Judgment, Orders and Docket Sheet to US Court of Appeals re: 43 Notice of Appeal. (kac) (Entered: 07/22/2019) | Send Runner to Court | |
| 43 | 07/18/2019 | NOTICE OF APPEAL as to 38 Order on Motion to Dismiss for Failure to State a Claim, 40 Order, and 41 Order-Default Judgment by United States of America. Transcript Order Form due on 8/1/2019 (Vanaskie, Thomas) Modified on 7/22/2019 to include document relationship (kac). (Entered: 07/18/2019) | View | Add to request |
| 42 | 07/01/2019 | Mail Returned as Undeliverable. Mail sent to Henco Holding Corp. re 41 Order-Default Judgment, 40 Order. (tcc) (Entered: 07/03/2019) | View | Add to request |
| | 06/05/2019 | Clerk's Certificate of Mailing as to Henco Holding Corp. re 41 Order-Default Judgment, 40 Order. (tcc) (Entered: 06/05/2019) | Send Runner to Court | |

| 41 | 05/21/2019 | DEFAULT JUDGMENT in favor of United States of America against Henco Holding Corporation in the amount of $60,777,269.36, plus accruing interest and penalties according to law, for unpaid federal corporate income tax liabilities for tax years ending October 1, 1994, September 30, 1995, September 28, 1996, and September 27, 1997. The court having granted Defendants Alfredo Caceres, Luis Alfredo Caceres, Luis Angel Caceres, and the Luis Angel Caceres Charitable Remainder Unitrust's Motion to Dismiss in its May 14, 2019 order, it is ORDERED AND ADJUDGED, that the action be, and the same hereby, is dismissed. (tcc)--Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist-- (Entered: 05/21/2019) | View | Add to request |
| 40 | 05/21/2019 | ORDER - The government's motion [Doc. No. 39 ] is GRANTED. The Clerk is DIRECTED to enter default judgment against Henco Holding Corporation. The Clerk is further DIRECTED to enter judgment pursuant to the court's May 14, 2019 order granting Alfredo Caceres, Luis Alfredo Caceres, Luis Angel Caceres, and the Luis Angel Caceres Charitable Remainder Unitrust's motion to dismiss. As no matters remain before the court, the Clerk is further DIRECTED to close the case. Signed by Judge Charles A. Pannell, Jr. on 5/21/2019. (tcc) (Entered: 05/21/2019) | View | Add to request |
|  | 05/21/2019 | Civil Case Terminated. (tcc) (Entered: 05/21/2019) | Send Runner to Court | |
| 39 | 05/20/2019 | MOTION for Entry of Default Judgment against Defendant Henco Holding Corp. by United States of America. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Duncan, Elizabeth) (Entered: 05/20/2019) | View | Add to request |
| 38 | 05/14/2019 | ORDER granting 29 Defendants' Motion to Dismiss for Failure to State a Claim. The government may submit a proposed judgment against Henco pursuant to the court's October 4, 2018 order granting the default judgment against Henco [Doc. No. 28 ]. Signed by Judge Charles A. | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | 03/01/2019 | Pannell, Jr. on 5/14/2019. (bdb) (Entered: 05/14/2019) Remark: Appropriations having been restored, the stay has ended per the 37 Administrative Order. All deadlines in place as of the date of the 37 Administrative Order "shall automatically be extended the number of calendar days of the partial government shutdown without further order of the Court" [Doc. 37 at 3]. (acm) (Entered: 03/01/2019) | Send Runner to Court | |
| 37 | 12/26/2018 | Administrative Order Staying Civil Proceedings in Light of Lapse Appropriations. Signed by Judge Thomas W. Thrash, Jr. on 12/26/2018. (tcc) (Entered: 12/26/2018) | View | Add to request |
| 36 | 11/16/2018 | Initial Disclosures by Alfredo Caceres, Luis Angel Caceres, Luis Alfredo Caceres, Luis Angel Caceres Charitable Remainder Unitrust.(Bell, Jason) (Entered: 11/16/2018) | View | Add to request |
| | 11/16/2018 | Submission of 29 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , to District Judge Charles A. Pannell Jr.. (tcc) (Entered: 11/16/2018) | Send Runner to Court | |
| 35 | 11/14/2018 | SCHEDULING ORDER - Upon review of the information contained in the Joint Preliminary Planning Report and Scheduling Order, the court orders that the time limits for adding parties, amending pleadings, filing motions, completing discovery, and discussing settlement are as stated in the completed form [Doc. No. 33 ] except as herein modified: Daubert motions with regard to expert testimony shall be filed no later than 30 days after the close of discovery. This case shall proceed on a 12 month discovery track as requested; the court will be reluctant to grant additional time. Signed by Judge Charles A. Pannell, Jr. on 11/14/2018. (tcc) (Entered: 11/14/2018) | View | Add to request |
| 34 | 11/12/2018 | Certificate of Interested Persons by Alfredo Caceres, Luis Angel Caceres, Luis Alfredo Caceres, Luis Angel Caceres Charitable Remainder Unitrust. (Bell, Jason) (Entered: 11/12/2018) | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 33 | 11/08/2018 | JOINT PRELIMINARY REPORT AND DISCOVERY PLAN filed by United States of America. (Attachments: # 1 Text of Proposed Order)(Silverblatt, Robert) (Entered: 11/08/2018) | View | Add to request |
| 32 | 11/08/2018 | Certificate of Interested Persons by United States of America. (Silverblatt, Robert) (Entered: 11/08/2018) | View | Add to request |
| 31 | 11/05/2018 | REPLY BRIEF re 29 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Alfredo Caceres, Luis Angel Caceres, Luis Alfredo Caceres, Luis Angel Caceres Charitable Remainder Unitrust. (Bell, Jason) (Entered: 11/05/2018) | View | Add to request |
| 30 | 10/22/2018 | RESPONSE in Opposition re 29 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by United States of America. (Silverblatt, Robert) (Entered: 10/22/2018) | View | Add to request |
| 29 | 10/09/2018 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM with Brief In Support by Alfredo Caceres, Luis Angel Caceres, Luis Alfredo Caceres, Luis Angel Caceres Charitable Remainder Unitrust. (Attachments: # 1 Brief)(Bell, Jason) (Entered: 10/09/2018) | View | Add to request |
| 28 | 10/04/2018 | ORDER - The government's motion for default judgment [Doc. No. 23] is GRANTED. However, because other defendants remain in this action, the entry of judgment is not appropriate at this time. See Rule 54, Federal Rules of Civil Procedure. Signed by Judge Charles A. Pannell, Jr. on 10/4/2018. (tcc) (Entered: 10/04/2018) | View | Add to request |
| | 10/04/2018 | Clerk's Certificate of Mailing as to Juan C. Ramos, Maria A. Dominguez re 28 Order on Motion for Default Judgment. (tcc) (Entered: 10/04/2018) | Send Runner to Court | |
| 27 | 10/01/2018 | ORDER granting 25 Application for Admission of Maria A Dominguez Pro Hac Vice. Signed by Judge Charles A. Pannell, Jr. on 10/1/2018. (tcc) (Entered: 10/01/2018) | View | Add to request |
| 26 | 10/01/2018 | ORDER granting 24 Application for Admission of Juan C Ramos Pro Hac Vice. Signed by Judge Charles | View | Add to request |

|    | Date       | Description | | |
|----|------------|---|---|---|
|    | 10/01/2018 | A. Pannell, Jr. on 10/1/2018. (tcc) (Entered: 10/01/2018) | | |
|    | 10/01/2018 | Clerk's Certificate of Mailing as to Juan C. Ramos, Maria A. Dominguez re 26 Order on Application for Admission PHV, 27 Order on Application for Admission PHV. (tcc) (Entered: 10/01/2018) | | Send Runner to Court |
|    | 09/27/2018 | APPROVAL by Clerks Office re: 25 APPLICATION for Admission of Maria A Dominguez Pro Hac Vice (Application fee $ 150, receipt number 113E-8166611). Attorney Maria A. Dominguez added appearing on behalf of Luis Alfredo Caceres (pmb) (Entered: 09/27/2018) | | Send Runner to Court |
|    | 09/27/2018 | APPROVAL by Clerks Office re: 24 APPLICATION for Admission of Juan C Ramos Pro Hac Vice (Application fee $ 150, receipt number 113E-8166603). Attorney Juan C. Ramos added appearing on behalf of Luis Alfredo Caceres (pmb) (Entered: 09/27/2018) | | Send Runner to Court |
| 25 | 09/24/2018 | APPLICATION for Admission of Maria A Dominguez Pro Hac Vice (Application fee $ 150, receipt number 113E-8166611) with Brief In Support by Luis Alfredo Caceres. (Bell, Jason) (Entered: 09/24/2018) | View | Add to request |
| 24 | 09/24/2018 | APPLICATION for Admission of Juan C Ramos Pro Hac Vice (Application fee $ 150, receipt number 113E-8166603) with Brief In Support by Luis Alfredo Caceres. (Bell, Jason) (Entered: 09/24/2018) | View | Add to request |
| 23 | 09/21/2018 | MOTION for Default Judgment as to Defendant Henco Holding Corp. with Brief In Support by United States of America. (Attachments: # 1 Affidavit, # 2 Exhibit, # 3 Exhibit) (Duncan, Elizabeth) (Entered: 09/21/2018) | View | Add to request |
| 22 | 09/07/2018 | AMENDED CONSENT ORDER for extension of time to answer the 1 Complaint. Alfredo Caceres, Luis Angel Caceres and Luis Angel Caceres Charitable Remainder Unitrust to answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended through and including 10/9/2018. Signed by Judge Charles A. Pannell, Jr. on 9/7/2018. (btql) Modified on 9/7/2018 to edit text (btql). (Entered: 09/07/2018) | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 21 | 09/06/2018 | NOTICE Of Filing Amended Consent Order by Alfredo Caceres, Luis Angel Caceres, Luis Alfredo Caceres, Luis Angel Caceres Charitable Remainder Unitrust re 20 Order on Motion for Extension of Time to Answer, (Attachments: # 1 Text of Proposed Order)(Bell, Jason) (Entered: 09/06/2018) | View | Add to request |
| 20 | 09/05/2018 | ORDER granting 19 Motion for Extension of Time to Answer re 1 Complaint, Luis Angel Caceres and Luis Angel Caceres Charitable Remainder Unitrust to answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended through and including September 14, 2018. Signed by Judge Charles A. Pannell, Jr. on 9/5/2018. (tcc) (Entered: 09/05/2018) | View | Add to request |
| 19 | 08/30/2018 | Consent MOTION for Extension of Time to File Answer re 1 Complaint, by Alfredo Caceres, Luis Angel Caceres, Luis Alfredo Caceres, Luis Angel Caceres Charitable Remainder Unitrust. (Attachments: # 1 Text of Proposed Order)(Bell, Jason) (Entered: 08/30/2018) | View | Add to request |
| 18 | 08/30/2018 | NOTICE of Appearance by Jason S. Bell on behalf of Luis Alfredo Caceres (Bell, Jason) (Entered: 08/30/2018) | View | Add to request |
| 17 | 08/16/2018 | WAIVER OF SERVICE Returned Executed by United States of America. Luis Alfredo Caceres waiver mailed on 8/9/2018, answer due 10/9/2018. (Silverblatt, Robert) (Entered: 08/16/2018) | View | Add to request |
| | 08/10/2018 | Clerks Entry of Default as to Henco Holding Corp. (tcc) (Entered: 08/10/2018) | Send Runner to Court | |
| 16 | 07/31/2018 | ORDER granting 12 Defendants Luis Angel Caceres's (individually and as beneficiary of the Luis Angel Caceres Charitable Remainder Unitrust) and Luis Angel Caceres Charitable Remainder Unitrust's Consent Motion for Extension of Time, through and including September 14, 2018, to respond to 1 Plaintiff's Complaint. Signed by Judge Charles A. Pannell, Jr. on 7/31/18. (ddm) (Entered: 07/31/2018) | View | Add to request |
| 15 | 07/31/2018 | MOTION for Clerks Entry of Default Against Defendant Henco Holding Corp. by United States of America. | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 14 | 07/30/2018 | (Duncan, Elizabeth) (Entered: 07/31/2018)<br>NOTICE of Appearance by John Phillip Tyler on behalf of Alfredo Caceres, Luis Angel Caceres, Luis Angel Caceres Charitable Remainder Unitrust (Tyler, John) (Entered: 07/30/2018) | View | Add to request |
| 13 | 07/30/2018 | NOTICE of Appearance by Anthony Joseph Rollins on behalf of Alfredo Caceres, Luis Angel Caceres, Luis Angel Caceres Charitable Remainder Unitrust (Rollins, Anthony) (Entered: 07/30/2018) | View | Add to request |
| 12 | 07/30/2018 | Consent MOTION for Extension of Time to File Answer re 1 Complaint, by Alfredo Caceres, Luis Angel Caceres, Luis Angel Caceres Charitable Remainder Unitrust. (Attachments: # 1 Exhibit A)(Bell, Jason) (Entered: 07/30/2018) | View | Add to request |
| 11 | 07/30/2018 | NOTICE of Appearance by Jason S. Bell on behalf of Alfredo Caceres, Luis Angel Caceres, Luis Angel Caceres Charitable Remainder Unitrust (Bell, Jason) (Entered: 07/30/2018) | View | Add to request |
| 10 | 07/23/2018 | Return of Service Executed by United States of America. Luis Angel Caceres Charitable Remainder Unitrust served on 7/14/2018, answer due 8/6/2018. (Silverblatt, Robert) (Entered: 07/23/2018) | View | Add to request |
| 9 | 07/23/2018 | Return of Service Executed by United States of America. Luis Angel Caceres served on 7/14/2018, answer due 8/6/2018. (Silverblatt, Robert) (Entered: 07/23/2018) | View | Add to request |
| 8 | 07/23/2018 | Return of Service Executed by United States of America. Henco Holding Corp. served on 7/6/2018, answer due 7/27/2018. (Silverblatt, Robert) (Entered: 07/23/2018) | View | Add to request |
| 7 | 07/23/2018 | WAIVER OF SERVICE Returned Executed by United States of America. Luis Alfredo Caceres waiver mailed on 7/16/2018, answer due 9/14/2018. (Silverblatt, Robert) (Entered: 07/23/2018) | View | Add to request |
| 6 | 06/27/2018 | Electronic Summons Issued as to Luis Angel Caceres Charitable Remainder Unitrust. (eop) (Entered: 06/29/2018) | View | Add to request |
| 5 | 06/27/2018 | Electronic Summons Issued as to Luis Angel Caceres. (eop) (Entered: 06/29/2018) | View | Add to request |

| 4 | 06/27/2018 | Electronic Summons Issued as to Luis Alfredo Caceres. (eop) (Entered: 06/29/2018) | View | Add to request |
| 3 | 06/27/2018 | Electronic Summons Issued as to Alfredo Caceres. (eop) (Entered: 06/29/2018) | View | Add to request |
| 2 | 06/27/2018 | Electronic Summons Issued as to Henco Holding Corp.. (eop) (Entered: 06/29/2018) | View | Add to request |
| 1 | 06/27/2018 | COMPLAINT filed by United States of America. (Attachments: # 1 Civil Cover Sheet)(eop) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 06/29/2018) | View | Add to request |

TO ORDER COPIES OF ANY DOCUMENTS LISTED ABOVE, CALL WESTLAW COURTEXPRESS 1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**End of Document**    © 2023 Thomson Reuters. No claim to original U.S. Government Works.