**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| Luis Alfredo Cáceres and | ) | |
| Luis Angel Cáceres, Individually, | ) | |
| as executor of the Estate of Alfredo | ) | |
| Cáceres, and as beneficiary of the | ) | |
| Luis Angel Cáceres Charitable | ) | |
| Remainder Unitrust, | ) | |
| | ) | Case No. 1:23-CV-00844-SDG |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Sidley Austin LLP, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED
COMPLAINT AND SUPPORTING MEMORANDUM OF LAW**

Plaintiffs move, pursuant to Federal Rule of Civil Procedure 15(a) and 15(d), for leave to file an amended complaint, a copy of which is attached as **Exhibit A**. The principal changes to the Amended Complaint address the subject of the Court's recent minute entry order because Plaintiffs' dispute with the IRS was recently resolved.

For the Court's convenience, Plaintiffs also submit a redline of the proposed amendments as **Exhibit B**.

1.      As set forth in the original complaint, Plaintiffs hired Sidley to advise them on a stock sale transaction. Sidley's opinion was that the transaction should be respected by the IRS.

2.      The IRS did not agree. When the original complaint was filed, the IRS and Plaintiffs were then involved in litigation over potential damages arising out of Sidley's advice. The IRS was seeking from Plaintiffs as much as $56 million in taxes, interest and penalties related to the UPC Transaction. The dispute between the IRS and Plaintiffs was the subject of then pending litigation in the Northern District of Georgia (*US v. Henco Holding Corp., et al.*, Case No. 18cv3093).

3.      On or about July 31, 2023, the Plaintiffs resolved their dispute with the IRS relating to the UPC Transaction at issue in the Complaint against Sidley. As a result, Plaintiffs incurred approximately $7 million in damages caused by Sidley's advice.

4.      Plaintiffs seek to amend their complaint principally to address this recent change in circumstances. Exs. A & B (Am. Compl.) ¶¶ 4, 24, 32, 41, 52, 63, 70. In addition, Plaintiffs have added three new paragraphs detailing Sidley's alleged fraudulent concealment/deterrence

under O.C.G.A. § 9-3-96 in response to certain arguments raised in Sidley's Motion to Dismiss. *Id.* ¶¶ 33-35.

5.     Federal Rule of Civil Procedure 15(a)(2) provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires."

6.     Sidley does not oppose the request for leave to amend, but Sidley maintains that Plaintiffs' claims remain untimely or meritless and reserves the right to file a renewed motion to dismiss as to the amended complaint if the Court grants Plaintiffs leave to amend.

7.     Regardless, there is no prejudice to Sidley by the Court granting plaintiffs leave to file the amended complaint given the infancy of this litigation.

8.     Federal Rule of Civil Procedure 15(d) further provides that "the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Here, the settlement with the IRS establishing the amount of liability Plaintiffs incurred as a result of Sidley's negligence was established after the filing of the original

complaint. Because the pleading at issue is a complaint, Plaintiffs submit that the supplementation to the complaint is best addressed by way of an amended complaint.

WHEREFORE, Plaintiffs respectfully request that the Court grant them leave to file the attached Amended Complaint.

Respectfully submitted,

/s/Michael E. Brooks

BROOKS & WARNER LLC
1768 Century Boulevard NE, Suite B
Atlanta, Georgia  30345
(404) 681-0720 – Brooks Direct
(404) 681-0730 – Warner Direct
(404) 681-0780 – Fax

Michael E. Brooks
Georgia Bar No. 084710
mbrooks@brooksandwarner.com
Jill Warner
Georgia Bar No. 378472
jwarner@brooksandwarner.com

SPERLING & SLATER, P.C.
55 West Monroe St., Suite 3200
Chicago, Illinois 60603
T - (312) 641-4882
F - (312) 641-6492

Scott F. Hessell
Admitted Pro Hac Vice
shessell@sperling-law.com
Clayton Faits
Admitted Pro Hac Vice
cfaits@sperling-law.com

Attorneys for Plaintiffs

## CERTIFICATION AS TO FONT AND POINT SELECTION

In accordance with Local Rule 7.1(D), the undersigned certifies that this brief was prepared with Book Antigua 13, a font and point selection approved by the Court in Local Rule 5.1(C).

/s/Michael E. Brooks
Michael E. Brooks

CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2023, I electronically filed the foregoing

PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED

COMPLAINT AND SUPPORTING MEMORANDUM OF LAW with the Clerk of

the Court using the CM/ECF system, which will send notification of such filing

to the following:

Brad D. Brian, Esq.
John B. Major, Esq.
Munger Tolles & Olson LLP
350 South Grand Avenue, Suite 50th Floor
Los Angeles, California 90071

Michael A. Caplan, Esq.
Jarred A. Klorfein, Esq.
Caplan Cobb LLC
75 14th Street NE, Suite 2700
Atlanta, Georgia 30309

Xiaonan April Hu, Esq.
Munger Tolles & Olson LLP
601 Massachusetts Avenue, N.W., Suite 500E
Washington, DC 20001-5369

BROOKS & WARNER LLC
1768 Century Boulevard NE, Suite B
Atlanta, Georgia  30345
(404) 681-0720 – Brooks Direct
(404) 681-0780 – Fax

/s/ Michael E. Brooks
Michael E. Brooks
Georgia Bar No. 084710
mbrooks@brooksandwarner.com

Attorney for Plaintiffs