IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Luis Alfredo Cáceres and Luis Angel Cáceres, Individually, as executor of the Estate of Alfredo Cáceres, and as trustee of the Luis Angel Cáceres Charitable Remainder Unitrust,<br><br>    Plaintiffs,<br><br>  vs.<br><br>Sidley Austin LLP,<br><br>    Defendant. | Case No. 1:23-CV-00844-SDG |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendant Sidley Austin LLP ("Sidley") hereby moves the Court to dismiss Plaintiffs Luis Alfredo Cáceres and Luis Angel Cáceres' First Amended Complaint (Dkt. No. 23) pursuant to Federal Rules of Civil Procedure 12(b)(6). As set forth in the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint, Plaintiffs' breach of contract, professional negligence, and negligent misrepresentation claims are untimely and barred by their respective statutes of limitations, and Plaintiffs' common-law indemnification claim fails as a matter of law.

1

For these reasons, Sidley respectfully requests that the Court dismiss Plaintiffs' First Amended Complaint in its entirety with prejudice.

Respectfully submitted this 21st day of December, 2023.

DATED:  December 21, 2023        CAPLAN COBB LLC

By:      */s/ Michael A. Caplan*

MICHAEL A. CAPLAN (GA Bar No. 601039)
mcaplan@caplancobb.com
JARRED A. KLORFEIN (GA Bar No. 562965)
jklorfein@caplancobb.com
CAPLAN COBB LLC
75 Fourteenth Street, N.E.
Suite 2700
Atlanta, Georgia 30309
Telephone:  (404) 596-5600
Facsimile:   (404) 596-5604

DATED:  December 21, 2023        MUNGER, TOLLES & OLSON LLP

By:      */s/ Brad D. Brian*
BRAD D. BRIAN (*pro hac vice*)
brad.brian@mto.com
JOHN B. MAJOR (*pro hac vice*)
john.major@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

XIAONAN APRIL HU (*pro hac vice*)
April.Hu@mto.com
MUNGER, TOLLES & OLSON LLP

601 Massachusetts Ave. NW.
Suite 500E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

*Attorneys for Defendant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing was prepared in Times New Roman font, 14-point type, and complies with Local Rule 5.1(C).

This 21st day of December, 2023.

*/s/ Michael A. Caplan*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2023, I electronically filed the foregoing document through the Court's CM/ECF system, which will automatically send electronic notification of such filing to all counsel of record.

This 21st day of December, 2023.

*/s/ Michael A. Caplan*