# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Luis Alfredo Cáceres and Luis Angel Cáceres, Individually, as executor of the Estate of Alfredo Cáceres, and as trustee of the Luis Angel Cáceres Charitable Remainder Unitrust,<br><br>       Plaintiffs,<br><br>vs.<br><br>Sidley Austin LLP,<br><br>       Defendant. | Case No. 1:23-cv-00844-SDG |

## DEFENDANT'S MOTION FOR JUDICIAL NOTICE AND MEMORANDUM OF LAW IN SUPPORT

Defendant Sidley Austin LLP ("Sidley") hereby requests that the Court take judicial notice of the two documents listed herein, true and correct copies of which are attached hereto, in support of Sidley's Motion to Dismiss Plaintiffs' First Amended Complaint.

## LEGAL STANDARD

Pursuant to Federal Rule of Evidence 201, a federal district court may take judicial notice of any facts that are "not subject to reasonable dispute." Fed. R. Evid. 201(b). Judicially noticeable facts includes those that are either "generally known within the trial court's territorial jurisdiction" or "can be accurately and

readily determined from sources whose accuracy cannot reasonably be questioned." *Id.* When, as here, a party has requested judicial notice of a fact or set of facts and supplied the court with "the necessary information," the court "*must take judicial notice*" of those facts. Fed. R. Evid. 201(c)(2) (emphasis added).

The Supreme Court has held that "when ruling on Rule 12(b)(6) motions to dismiss," courts "must consider . . . documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007); *see also* Fed. R. Evid. 201(d) ("The court may take judicial notice at any stage of the proceeding."). Among the types of documents subject to judicial notice are public filings made in the same court or other district courts. *See U.S. ex rel. Osheroff v. Humana Inc.*, 776 F.3d 805, 811 n.4 (11th Cir. 2015); *see also Harford v. Delta Air Lines, Inc.*, 2008 WL 268820, at *2 (N.D. Ga. Jan. 30, 2008).

### REQUEST FOR JUDICIAL NOTICE

Sidley respectfully requests that the Court take judicial notice of the following documents, which are incorporated by reference in Plaintiffs' First Amended Complaint and appropriate for judicial notice:

1. Complaint filed by the United States of America on June 27, 2018, in the matter captioned *United States v. Henco Holding Corp. et al.*, Case No. 1:18-cv-03093-CAP (N.D. Ga.), Dkt. No. 1, a true and correct copy of which is attached

hereto as **Exhibit A**. This complaint is referenced in paragraphs 22, 29, and 30 of Plaintiffs' First Amended Complaint.

2. The docket entry sheet for the matter captioned *United States v. Henco Holding Corp. et al.*, Case No. 1:18-cv-03093-CAP (N.D. Ga.), current through March 8, 2023, a true and correct copy of which is attached hereto as **Exhibit B**. This matter and its proceedings are referenced in paragraphs 29 through 32 of Plaintiffs' First Amended Complaint.

Respectfully submitted,

DATED: December 21, 2023     CAPLAN COBB LLC

By:     */s/ Michael A. Caplan*

MICHAEL A. CAPLAN (GA Bar No. 601039)
mcaplan@caplancobb.com
JARRED A. KLORFEIN (GA Bar No. 562965)
jklorfein@caplancobb.com
CAPLAN COBB LLC
75 Fourteenth Street, N.E.
Suite 2700
Atlanta, Georgia 30309
Telephone: (404) 596-5600
Facsimile: (404) 596-5604

DATED: December 21, 2023     MUNGER, TOLLES & OLSON LLP

By:     */s/ Brad D. Brian*
BRAD D. BRIAN (*pro hac vice*)
brad.brian@mto.com
JOHN B. MAJOR (*pro hac vice*)
john.major@mto.com

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

XIAONAN APRIL HU (*pro hac vice*)
April.Hu@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW.
Suite 500E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

*Attorneys for Defendant*

# **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing was prepared in Times New Roman font, 14-point type, and complies with Local Rule 5.1(C).

This 21st day of December, 2023.

*/s/ Michael A. Caplan*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2023, I electronically filed the foregoing document through the Court's CM/ECF system, which will automatically send electronic notification of such filing to all counsel of record. This 21st day of December, 2023.

*/s/ Michael A. Caplan*