# Exhibit D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MARK J. GAINOR,

     Plaintiff,

v.

    Case No.: 04-22058-CIV-MORENO/Garber

SIDLEY, AUSTIN, BROWN &
WOOD, LLP,

     Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, MARK J. GAINOR, by and through his undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby files his Notice of Voluntary Dismissal Without Prejudice in the above-styled action.

RICHARD BENJAMIN WILKES
Florida Bar No. 267163
**GARDNER WILKES SHAHEEN**
Post Office Box 1810
Tampa, Florida 33601-1810
Telephone: (813) 221-8000
Facsimile: (813) 229-1597
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via first class U.S. mail to Lori Sochin, Esq., Greenberg Traurig, P.A., counsel for Defendant, 1221 Brickell Avenue Miami, Florida 33131 on this 15th day of December, 2004.

_____
Attorney