# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Luis Alfredo Cáceres and Luis Angel Cáceres, Individually, as executor of the Estate of Alfredo Cáceres, and as trustee of the Luis Angel Cáceres Charitable Remainder Unitrust, <br><br> Plaintiffs, <br><br> vs. <br><br> Sidley Austin LLP, <br><br> Defendant. | Case No. 1:23-cv-00844-SDG |

## DEFENDANT SIDLEY AUSTIN LLP'S NOTICE OF FILING DEPOSITION TRANSCRIPTS

Defendant Sidley Austin LLP ("Sidley") hereby gives notice of the filing of the following documents:

- June 23, 2025 30(b)(6) Deposition of Anthony Joseph Rollins

- July 10, 2025 30(b)(6) Deposition of Anthony Joseph Rollins

- August 11, 2025 30(b)(6) Deposition of Anthony Joseph Rollins

- July 11, 2025 Deposition of Jason S. Bell

- August 11, 2025 Deposition of John Phillips Tyler

- July 17, 2025 Deposition of Jonathan W. Berger

- July 23, 2025 Deposition of Luis Alfredo Cáceres

1

- July 22, 2025 Deposition of Luis Angel Cáceres

- August 8, 2025 30(b)(6) Deposition of Sean Commons

- June 17, 2025 30(b)(6) Deposition of Steven Cornelison

- July 10, 2025 Deposition of Thomas J. Stalzer

Respectfully submitted,

DATED:  September 24, 2025         MUNGER TOLLES & OLSON LLP

By: _____/s/John B. Major_____

BRAD D. BRIAN (pro hac vice)
brad.brian@mto.com
JOHN B. MAJOR (pro hac vice)
john.major@mto.com
ROWLEY J. RICE (pro hac vice)
rowley.rice@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

XIAONAN APRIL HU (pro hac vice)
april.hu@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW., Suite 500E
Washington, D.C. 20001-5369
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300

DATED:  September 24, 2025			CAPLAN COBB LLC

By:   */s/Jarred A. Klorfein*

MICHAEL A. CAPLAN (GA Bar No. 601039)
mcaplan@caplancobb.com
JARRED A. KLORFEIN (GA Bar No. 562965)
jklorfein@caplancobb.com
CAPLAN COBB LLC
75 Fourteenth Street, N.E., Suite 2700
Atlanta, Georgia 30309
Telephone:   (404) 596-5600
Facsimile:   (404) 596-5604

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2025, I electronically filed the foregoing document through the Court's CM/ECF system, which will automatically send electronic notification of such filing to all counsel of record.

This 24th day of September, 2025.

*/s/John B. Major*