# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Luis Alfredo Cáceres and Luis Angel Cáceres, Individually, as executor of the Estate of Alfredo Cáceres, and as trustee of the Luis Angel Cáceres Charitable Remainder Unitrust,<br><br>    Plaintiffs,<br><br>  vs.<br><br>Sidley Austin LLP,<br><br>    Defendant. | Case No. 1:23-CV-00844-SDG |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Sidley Austin LLP moves for summary judgment on Plaintiffs Luis Alfredo Cáceres's and Luis Angel Cáceres's breach of contract, negligent misrepresentation, and professional negligence claims as set forth in their Amended Complaint.  In support of this Motion, Sidley relies on its memorandum of law, its Statement of Undisputed Material Facts, the Declaration of John B. Major and attached exhibits, and Sidley's Request for Judicial Notice.

Respectfully submitted this 24th day of September, 2025.

DATED:  September 24, 2025        MUNGER TOLLES & OLSON LLP

By: */s/John B. Major*

1

BRAD D. BRIAN (*pro hac vice*)
brad.brian@mto.com
JOHN B. MAJOR (*pro hac vice*)
john.major@mto.com
ROWLEY J. RICE (*pro hac vice*)
rowley.rice@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

XIAONAN APRIL HU (*pro hac vice*)
april.hu@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW., Suite 500E
Washington, D.C. 20001-5369
Telephone:   (202) 220-1100
Facsimile:   (202) 220-2300

DATED:  September 24, 2025          CAPLAN COBB LLC

By: */s/Jarred A. Klorfein*

MICHAEL A. CAPLAN (GA Bar No. 601039)
mcaplan@caplancobb.com
JARRED A. KLORFEIN (GA Bar No. 562965)
jklorfein@caplancobb.com
CAPLAN COBB LLC
75 Fourteenth Street, N.E., Suite 2700
Atlanta, Georgia 30309
Telephone:  (404) 596-5600
Facsimile:   (404) 596-5604

*Attorneys for Defendant*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2025, I electronically filed the

foregoing document through the Court's CM/ECF system, which will

automatically send electronic notification of such filing to all counsel of record.

This 24th day of September, 2025.

*/s/ John B. Major*