**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

Luis Alfredo Cáceres and Luis Angel
Cáceres, Individually, as executor of the
Estate of Alfredo Cáceres, and as
trustee of the Luis Angel Cáceres
Charitable Remainder Unitrust,

        Plaintiffs,

    vs.

Sidley Austin LLP,

        Defendant.

Case No. 1:23-cv-00844-SDG

**DEFENDANT SIDLEY AUSTIN LLP'S
MOTION FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(E) and Section II(j) of the Court's Standing Order, Defendant Sidley Austin LLP ("Sidley") requestfully requests oral argument on Sidley's Motion for Summary Judgment. Dkt. 100. Before filing this motion, Sidley contacted counsel for Plaintiffs Luis Alfredo Cáceres and Luis Angel Cáceres ("Plaintiffs") to inquire about Plaintiffs' position with respect to this request. Plaintiffs responded: "Plaintiffs defer to the Court's judgment on whether it thinks a hearing would assist the Court's consideration of Sidley's motion for summary judgment."

Sidley respectfully submits that argument would assist the Court in assessing

1

the issues raised by the Parties' summary judgment briefing and in clarifying any questions the Court has about the factual record in this case. The Parties previously appeared before this Court in-person to argue Sidley's Motion to Dismiss. Since then, discovery has unearthed significant evidence relevant to tolling and the timeliness of Plaintiffs' claims. Sidley respectfully submits that in-person discussion of these developments and the relevant legal authority will benefit the Court and allow the Parties to respond to any questions the Court may have.

For these reasons, Sidley respectfully requests that the Court schedule oral argument on Sidley's Motion for Summary Judgment at the Court's earliest convenience.

Respectfully submitted this 19th day of November, 2025.

DATED:  November 19, 2025          MUNGER TOLLES & OLSON LLP

By: */s/ John B. Major*

BRAD D. BRIAN (*pro hac vice*)
brad.brian@mto.com
JOHN B. MAJOR (*pro hac vice*)
john.major@mto.com
ROWLEY J. RICE (*pro hac vice*)
rowley.rice@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

2

XIAONAN APRIL HU (*pro hac vice*)
april.hu@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW., Suite 500E
Washington, D.C. 20001-5369
Telephone:   (202) 220-1100
Facsimile:   (202) 220-2300

DATED:  November 19, 2025          CAPLAN COBB LLC

By: */s/ Jarred A. Klorfein* _____

MICHAEL A. CAPLAN (GA Bar No. 601039)
mcaplan@caplancobb.com
JARRED A. KLORFEIN (GA Bar No. 562965)
jklorfein@caplancobb.com
CAPLAN COBB LLC
75 Fourteenth Street, N.E., Suite 2700
Atlanta, Georgia 30309
Telephone:  (404) 596-5600
Facsimile:   (404) 596-5604

*Attorneys for Defendant*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 19, 2025, I caused a true and correct copy of the foregoing to be served by electronically mailing a copy of the same to all counsel of record, who, by registering with the Court's CM/ECF system, have consented to electronic service.

This 19th day of November, 2025.

*/s/ John B. Major*