**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Luis Alfredo Cáceres and Luis Angel Cáceres, Individually, as executor of the Estate of Alfredo Cáceres, and as trustee of the Luis Angel Cáceres Charitable Remainder Unitrust,<br><br>        Plaintiffs,<br><br>    vs.<br><br>Sidley Austin LLP,<br><br>        Defendant. | Case No. 1:23-CV-00844-SDG |

**DEFENDANT SIDLEY AUSTIN LLP'S NOTICE OF**
**SUPPLEMENTAL AUTHORITY**

Defendant Sidley Austin LLP ("Sidley") respectfully submits this notice of supplemental authority regarding the Georgia Court of Appeals' decision in *Doe v. Archdiocese of Atlanta*, --- S.E.2d ---, 2026 WL 656504 (Ga. Ct. App. Mar. 9, 2026) (**Exhibit A**). *Doe* affirmed the trial court's grant of summary judgment on statute-of-limitations grounds in favor of the defendants and rejected the plaintiffs' efforts to invoke fraudulent concealment tolling as a matter of law. As relevant here, *Doe* held that the plaintiffs had not met their burden of providing any evidence to establish that (1) the defendants' conduct debarred or deterred them from filing suit earlier; or (2) the plaintiffs exercised reasonable diligence in

1

pursuing their claims.  *Id.* at *3-7.  *Doe* reinforces that Sidley's Motion for Summary Judgment should be granted because Plaintiffs cannot establish any of the requirements for fraudulent concealment tolling—including reasonable diligence or that Sidley deterred or debarred them from filing suit.

DATED:  March 11, 2026          MUNGER TOLLES & OLSON LLP

                                By: */s/ John B. Major*
                                _____

                                BRAD D. BRIAN (*pro hac vice*)
                                brad.brian@mto.com
                                JOHN B. MAJOR (*pro hac vice*)
                                john.major@mto.com
                                ROWLEY J. RICE (*pro hac vice*)
                                rowley.rice@mto.com
                                MUNGER, TOLLES & OLSON LLP
                                350 South Grand Avenue, Fiftieth Floor
                                Los Angeles, California 90071-3426
                                Telephone:  (213) 683-9100
                                Facsimile:   (213) 687-3702

                                XIAONAN APRIL HU (*pro hac vice*)
                                april.hu@mto.com
                                MUNGER, TOLLES & OLSON LLP
                                601 Massachusetts Ave. NW., Suite 500E
                                Washington, D.C. 20001-5369
                                Telephone:  (202) 220-1100
                                Facsimile:   (202) 220-2300

DATED:  March 11, 2026          CAPLAN COBB LLC

                                By: */s/ Jarred A. Klorfein*
                                _____

                                MICHAEL A. CAPLAN (GA Bar No. 601039)
                                mcaplan@caplancobb.com
                                JARRED A. KLORFEIN (GA Bar No. 562965)

2

jklorfein@caplancobb.com
CAPLAN COBB LLC
75 Fourteenth Street, N.E., Suite 2700
Atlanta, Georgia 30309
Telephone:   (404) 596-5600
Facsimile:    (404) 596-5604

*Attorneys for Defendant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing was prepared in Times New Roman font, 14-point type, and complies with Local Rule 5.1(C).

This 11th day of March, 2026.

/s/ John B. Major

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2026, I electronically filed the foregoing document through the Court's CM/ECF system, which will automatically send electronic notification of such filing to all counsel of record.

This 11th day of March, 2026.

/s/ John B. Major