**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |  |
|---|---|---|
| Luis Alfredo Cáceres and | ) | |
| Luis Angel Cáceres, Individually, | ) | |
| as executor of the Estate of Alfredo | ) | |
| Cáceres, and as trustee of the Luis | ) | |
| Angel Cáceres Charitable | ) | |
| Remainder Unitrust, | ) | |
|  | ) | Case No. 1:23-CV-00844-SDG |
| Plaintiffs, | ) | |
|  | ) | |
| v. | ) | |
|  | ) | |
| Sidley Austin LLP, | ) | |
|  | ) | |
| Defendant. | ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs Luis Alfredo Cáceres and Luis Angel Cáceres, Individually, as executor of the Estate of Alfredo Cáceres, and as Trustee of the Luis Angel Cáceres Charitable Remainder Unitrust ("Plaintiffs") respond to Defendant Sidley Austin LLP's ("Sidley") Notice of Supplemental Authority, ECF No. 121.

Plaintiffs disagree with Sidley's characterization of *Doe v. Archdiocese of Atlanta*, --- S.E.2d ---, 2026 WL 656504 (Ga. Ct. App. Mar. 9, 2026). *Doe* held the plaintiffs' claims were time-barred due, in part, to the absence of evidence showing how the defendant might have responded to a request for information about plaintiffs' claims, while the record here includes R.J. Ruble's destruction of

1

documents and Sidley's misleading post-opinion letter to Plaintiffs, which a jury could find deterred and debarred Plaintiffs from discovering their claims. More significantly, the *Doe* court also distinguished its facts from those in *Coe v. Proskauer Rose, LLP*, because the *Coe* plaintiffs—like Plaintiffs here—hired independent counsel in responding to the IRS, and the *Doe* plaintiffs took no similar action. 314 Ga. 519, 878 S.E.2d 235 (2022). *Doe* therefore reinforces that Sidley's Motion for Summary Judgment should be denied because *Coe* remains factually and procedurally indistinguishable from this case.

DATED: March 13, 2026                    Respectfully submitted,

                                         */s/ Scott F. Hessell*
                                         Scott F. Hessell (Admitted *Pro Hac Vice*)
                                         shessell@sperlingkenny.com
                                         Clayton Faits (Admitted *Pro Hac Vice*)
                                         cfaits@sperlingkenny.com
                                         Danna Abrahim (Admitted *Pro Hac Vice*)
                                         dabrahim@sperlingkenny.com
                                         SPERLING KENNY NACHWALTER, LLC
                                         321 N. Clark, 25th Floor
                                         Chicago, IL 60654
                                         T: (312) 641-3200
                                         F: (312) 641-6492


                                         */s/ Michael E. Brooks*
                                         Michael E. Brooks (GA Bar No. 084710)
                                         mbrooks@brooksandwarner.com
                                         Jill Warner (GA Bar No. 378472)

2

jwarner@brooksandwarner.com
BROOKS & WARNER LLC
1768 Century Boulevard NW, Suite B
Atlanta, GA 30345
T: (404) 681-0720 – Brooks Dir.
T: (404) 381-0730 – Warner Dir.
F: (404) 681-0780

## CERTIFICATE OF SERVICE

I, Scott F. Hessell, an attorney, hereby certify that on March 13, 2026, I electronically filed the foregoing document and attachments under seal through the Court's CM/ECF system, thereby effectuating service on all counsel. I further certify that I will serve copies of the sealed documents to all counsel of record via secure file-share to counsels' emails of record.

<span style="margin-left:40%;">*/s/ Scott F. Hessell*</span>