**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| Luis Alfredo Cáceres and | ) | |
| Luis Angel Cáceres, Individually, | ) | |
| as executor of the Estate of Alfredo | ) | |
| Cáceres, and as trustee of the Luis | ) | |
| Angel Cáceres Charitable | ) | |
| Remainder Unitrust, | ) | |
| | ) | Case No. 1:23-CV-00844-SDG |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Sidley Austin LLP, | ) | |
| | ) | |
| Defendant. | ) | |

## Notice of Appeal

Plaintiffs Luis Alfredo Cáceres and Luis Angel Cáceres, Individually, as executor of the Estate of Alfredo Cáceres, and as trustee of the Luis Angel Cáceres Charitable Remainder Unitrust, appeal to the United States Court of Appeals for the Eleventh Circuit from the Opinion and Order entered on September 17, 2024, granting (in part) Defendant Sidley Austin's motion to dismiss (ECF No. 35) and the final judgment entered on March 31, 2026 (ECF No. 123).

Date: April 23, 2026

Respectfully submitted,

*/s/ Scott F. Hessell*

MICHAEL BROOKS
JILL WARNER
BROOKS & WARNER LLC
1768 Century Blvd. NE, Suite B
Atlanta, Georgia 30345
mbrooks@brooksandwarner.com
jwarner@brooksandwarner.com
T - 404.681.0720
F - 404.681.0780

SCOTT F. HESSELL (*pro hac vice*)
CLAYTON FAITS (*pro hac vice*)
DANNA ABRAHIM (*pro hac vice*)
SPERLING KENNY NACHWALTER
321 N. Clark Street, 25th Floor
Chicago, Illinois 60654
shessell@sperlingkenny.com
cfaits@sperlingkenny.com
dabrahim@sperlingkenny.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Scott F. Hessell, an attorney, hereby certify that on April 23, 2026, I electronically filed the foregoing document and attachments under seal through the Court's CM/ECF system, thereby effectuating service on all counsel.


*/s/ Scott F. Hessell*